UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT L. MITCHELL, | ) |
| Plaintiff | ) |
| | )   Case 1:10-0105 |
| v. | )   Judge Campbell/Brown |
| DAMON HINIGER, et al., | ) |
| Defendants | ) |

## **O R D E R**

The Plaintiff has filed a motion for issuance of a subpoena *duces tecum* (Docket Entry 37). The Defendants have filed a partial objection (Docket Entry 38) pointing out that contrary to the Court's earlier order (Docket Entry 32) the Plaintiff has not yet returned the HIPAA releases.

The Magistrate Judge will not issue subpoenas until such time as the Magistrate Judge is notified that completed HIPAA releases have been executed and received by the Defendants.

The Defendants are directed to notify the Magistrate Judge immediately when they receive properly executed releases.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge