IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT L. MITCHELL       )
                         )
v.                       ) NO. 1-10-0105
                         ) JUDGE CAMPBELL
DAMON HINGER, et al.     )

ORDER

Pending before the Court is Plaintiff's Motion Objecting to Magistrate Judge's Order (Docket No. 65). Plaintiff asks the Court to modify an Order of the Magistrate Judge dated July 19, 2011 (Docket No. 59).

Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, the Court may reverse or modify the ruling of the Magistrate Judge only if it is clearly erroneous or contrary to law.

The Court has reviewed Plaintiff's Motion, the Magistrate Judge's Order and the file. Plaintiff's Motion (Docket No. 65) is DENIED. The Court finds that the Order of the Magistrate Judge is neither clearly erroneous nor contrary to law. Therefore, the Order of the Magistrate Judge (Docket No. 59) is AFFIRMED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE