IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ROBERT L. MITCHELL )
 )
v. ) NO. 1-10-0105
 ) JUDGE CAMPBELL
DAMON HINIGER, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 88), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file.

The Report and Recommendation is adopted and approved. Accordingly, Defendants' Motion for Involuntary Dismissal (Docket No. 81) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE