IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | | |
|---|---|---|---|
| ROBERT L. MITCHELL,<br>Plaintiff, | ) ) ) | | |
| | ) | No. | 1:10-0105 |
| v. | ) | Judge | Campbell |
| | ) | Magistrate Judge Brown | |
| DAMON HININGER, et al.,<br>Defendants. | ) ) | | |

## MOTION

In accordance with F.R.C.P. 72 and LR 72.01, plaintiff Robert L. Mitchell moves the Court to permit him to participate in the telephone conference scheduled by order of the Court on Wednesday July 11, 2012. (Docket Entry 147). Mr. Mitchell seeks permission to participate in this conference, along with his attorney, for the following reasons:

1. He has personal knowledge regarding the failure to make service on him, either by regular or certified mail, with the Court's order setting discovery and summary judgment deadlines. (Docket Entry 142).

2. He may be able to assist the Court with information on matters which occurred while he represented himself in this case.

For the foregoing reasons, Mr. Mitchell respectfully requests the Court to grant this motion and to order Warden Jewel Steele, DeBerry Special Needs Facility, to make all necessary arrangements for Mr. Mitchell to contact the Court at 615-695-2851 on July 11 at 3:30 p.m. CDT to participate in the telephone conference.

**ORDER**
**Motion Granted** provided plaintiff's counsel can make the necessary arrangements
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**